UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

SHERRY T. KING ]
]
v. ]   No. 1:02-0033
]   Judge Higgins
UCAR CARBON COMPANY, INC., ]
et al. ]
]

ORDER

In accordance with the memorandum contemporaneously entered, the findings of the administrator denying benefits are affirmed.

Accordingly, this action is dismissed in its entirety.

Entry of this order and the order (Docket Entry No. 19) entered June 10, 2003, shall constitute the judgment in this action.

It is so ORDERED.

_____
Thomas A. Higgins
United States District Judge
8-1-05